Page #1.

(DATE 3 SEP 2015) CAUSE. NO. F40146-B          75,444-02

EX PARTE

ANDREW DEBBS
APPLICANT
PRO-SE

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

THE COURT OF
CRIMINAL APPEALS
OF TEXAS

## NO finding of fact and conclusions of law

APPLICANT Argues that the trial court erred in failing to file, A written finding of fact and conclusions of Law. Having failed to answer or file A written finding of facts and Conclusion of Law, with in the time Allotted by Law, this court should not consider the states finding. And this court should Review the merits of This case on its own motion And on its own motion Abate the case And Remand IT to The Trial court to file, written findings of fact and conclusion of Law Required By section 6 of Article, 38.22. Also order the 413th Judicial District court to Rule on Applicants Actually innocent claims which could be Raised on A second collateral Attack or at Any Time. The state ignored APPLICANT claims. Equal Protection clause violation in which the Prosecutor used its Peremptory challenges Against an African American by using the Reason for the striking This person was they struck All Person under Age of (30.) that in its self violated Equal Protection clause, which Protects Race colour creed And Age. APPLICANT Requests the court to do its own finding of facts And conclusion of Law on its own

Also The states Response was sent to me on 2 September 2005 But the courts order to send The documents was sent to the court of criminal Appeals on 25 day of August 2015

ANDREW DEBBS
TDCJ# 1495269
W.P. Clements unit
Amarillo Tx 79107.